UNITED STATES of America,
Plaintiff—Appellee,

v.

Elizabeth ZARATE, Defendant—
Appellant.

No. 04–50354.

D.C. No. CR–03–00162–RGK.

United States Court of Appeals,
Ninth Circuit.

March 23, 2005.

Robert McGahan, AUSA, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Michael Tanaka, Esq., Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before FERNANDEZ, GRABER, and GOULD, Circuit Judges.

ORDER

Appellant's motion to vacate the memorandum disposition and for voluntary dismissal of appeal is granted. The memorandum disposition filed on February 18, 2005 is vacated. This appeal is dismissed. *See* Fed. R.App. P. 42(b); 9th Cir. R. 27–9.1.

The certified copy of this order sent to the district court shall constitute the mandate.